IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA      §   
                             §
vs.                               §      CRIMINAL NO. 4:07-CR-067-Y
                                   §
ROBERT OVIEDO    (1)            §

**ORDER ACCEPTING**
**REPORT AND RECOMMENDATION OF THE**
**UNITED STATES MAGISTRATE JUDGE**
**AND ADJUDGING DEFENDANT GUILTY**

After reviewing all relevant matters of record, including the
Consent to Administration of Guilty Plea and Federal Rule of
Criminal Procedure 11 Allocution by United States Magistrate Judge
and the Report and Recommendation on Plea Before the United States
Magistrate Judge, and no objections thereto having been filed
within ten (10) days of service in accordance with 28 U.S.C. §
636(b)(1), the undersigned district judge concludes that the report
and recommendation of the magistrate judge on the plea of guilty is
correct, and it is hereby accepted by the Court.  Accordingly, the
Court accepts the plea of guilty, and defendant is hereby adjudged
guilty.  The sentence will be imposed in accordance with the
Court's sentencing scheduling order.

SIGNED August 28, 2007.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE